United States District Court
Southern District of Texas
ENTERED
JUL 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 17 1998
Michael N. Milby
Clerk of Court

10

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARY LUKE RICHARDELLE, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | |
| | § | B-CV-90-119 |
| GARY L. JOHNSON, DIRECTOR | § | (Consolidated with B-CV-92-102) |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's Motion Seeking Reconsideration of Court's Order of Dismissal. After a thorough review of the entire file and the applicable law, it is the opinion of this Court that the Petitioner's Motion Seeking Reconsideration should be **DENIED** and that the case is properly dismissed.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED,** that Petitioner's Motion Seeking Reconsideration should be and is hereby **DENIED.**

**SO ORDERED.**

DONE at Brownsville, Texas this __17__th day of July, 1998.

FILEMON B. VELA
United States District Judge

C:\WPTEXT\CIVIL\ORDERS.CIV\DISMISS1.ORD